## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:15CR162** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **vs.** | ) | |
| | ) | |
| **HEATHER BAXTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Appeal of Detention Order (Filing No. 30). Having conducted a de novo review, the Court concludes that placement at the residential treatment center in Winnebago, Nebraska, known as Winnebago DDU, *may* be sufficient to assure the safety of the community and the Defendant's appearance at future hearings.

IT IS ORDERED: The Defendant's Appeal of Detention Order (Filing No. 30) is granted in part as follows:

This matter is remanded to the Magistrate Judge for rehearing to determine whether placement of the Defendant at the residential treatment center in Winnebago, Nebraska, known as Winnebago DDU, would be sufficient to assure the safety of the community and the Defendant's appearance at future hearings, and whether the Magistrate Judge's order of detention should be modified.

DATED this 3rd day of August, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge